BILL LOCKYER
Attorney General of the State of California
LOUIS VERDUGO, JR.
Senior Assistant Attorney General
ANGELA SIERRA, State Bar No. 126374
Supervising Deputy Attorney General
NANCY A. BENINATI, State Bar No. 177999
Deputy Attorney General
 1515 Clay Street, Suite 2000
 P.O. Box 70550
 Oakland, CA 94612
 Telephone: (510) 622-2194
 Fax: (510) 622-2270
 Email: nancy.beninati@doj.ca.gov

Attorneys for Petitioner/Plaintiff
The People of the State of California, Ex rel. Bill
Lockyer, Attorney General of the State of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*E-FILED - 3/16/06*

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, EX REL. BILL LOCKYER, Attorney General of the State of California,<br><br>　　　　　　　　Petitioner/Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CRUZ; GAIL PELLERIN in her Official Capacity as County Clerk and Registrar of Voters of the County of Santa Cruz, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Respondents/Defendants. | CASE NO. 05 CV 04708 RMW<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH COURT ORDER |

　　　　Plaintiff The People of the State of California, ex rel. Bill Lockyer, Attorney General of the State of California, through its attorneys, the California Attorney General's Office, by Nancy A. Beninati, Deputy Attorney General, and defendants County of Santa Cruz and Gail Pellerin in her Official Capacity as the County Clerk and Registrar of Voters of the County of Santa Cruz, through its attorneys, the Santa Cruz County Counsel's Office, by Jason Heath, Assistant County Counsel, stipulate and jointly request as follows:

　　　　1.　　On February 21, 2006, the Court issued an Order Denying Defendants' Motion to

1

Dismiss Complaint; Granting Plaintiff's Motion to Remand First Cause of Action which directs plaintiff to 1) provide the defendants with a list of which buildings were built or modified after 1992, and 2) indicate the scope of the plaintiff's claims that the Santa Cruz voting program was inaccessible to disabled voters as a whole. The Court required that plaintiff provide this information to defendants within thirty days of the order which is March 22, 2006.

2. On February 23 and 24, 2006, plaintiff served subpoenas upon the City of Capitola, the City of Santa Cruz, the City of Scotts Valley, the City of Watsonville and the County of Santa Cruz in order to obtain the information needed to comply with the Court's February 21, 2006 order which requires plaintiff to provide defendants with a list of buildings which were built or modified after 1992. Defendant County of Santa Cruz has seventy-nine polling places within its jurisdiction thus making it is the government entity with the most polling sites in which plaintiff has sought information through the subpoena process. Plaintiff has been informed by the County of Santa Cruz that it will not be able to provide plaintiff the requested information before the date that plaintiff is to comply with this Court's order.

3. Accordingly, the parties jointly request that the court grant a thirty-day extension for plaintiff to provide the defendants with a list of which buildings were built or modified after 1992. Within the thirty day time limit of the Court's February 21, 2006 Order, plaintiff will provide, defendants with the information regarding the scope of the plaintiff's claim that the Santa Cruz voting program was inaccessible to disabled voters as a whole.

Dated: March 9, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California
LOUIS VERDUGO, JR.
Senior Assistant Attorney General
ANGELA SIERRA
Supervising Deputy Attorney General

By: /s/ Nancy A. Beninati
NANCY A. BENINATI
Deputy Attorney General

Attorneys for Petitioner/Plaintiff The People of the State of California, Ex Rel. Bill Lockyer, Attorney General of the State of California

2

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH COURT ORDER
U.S. Northern District Court Case No.: 05 CV 04708 RMW

DANA MCRAE, COUNTY COUNSEL

Dated: 3/8/06          By:  /s/ Jason Heath
                            JASON HEATH
                            Assistant County Counsel

Attorneys for Defendants County of Santa Cruz and Gail Pellerin in her Official Capacity as County Clerk and Registrar of Voters of the County of Santa Cruz

## ORDER

Plaintiff is to provide defendants with a list of which buildings were built or modified after 1992 no later than April 22, 2006.

IT IS SO ORDERED.

Dated: 3/16/06                    /s/ Ronald M. Whyte
                                  JUDGE RONALD M. WHYTE

3

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH COURT ORDER
U.S. Northern District Court Case No.: 05 CV 04708 RMW