BILL LOCKYER
Attorney General of the State of California
LOUIS VERDUGO, JR.
Senior Assistant Attorney General
ANGELA SIERRA, State Bar No. 126374
Supervising Deputy Attorney General
NANCY A. BENINATI, State Bar No. 177999
Deputy Attorney General
 1515 Clay Street, Suite 2000
 P.O. Box 70550
 Oakland, CA  94612
 Telephone:  (510) 622-2194
 Fax:  (510) 622-2270
 Email: nancy.beninati@doj.ca.gov

Attorneys for Plaintiff The People of the State of California, Ex rel. Bill Lockyer, Attorney General of the State of California

*E-FILED - 8/22/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, EX REL. BILL LOCKYER, Attorney General of the State of California,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; GAIL PELLERIN in her Official Capacity as County Clerk and Registrar of Voters of the County of Santa Cruz, and DOES 1 through 10, inclusive,<br><br>Respondents/Defendants. | CASE NO.  05 CV 04708 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING HEARING FOR MOTION FOR PRELIMINARY INJUNCTION AND SETTING BRIEFING SCHEDULE** |

Plaintiff The People of the State of California, ex rel. Bill Lockyer, Attorney General of the State of California, through its attorneys, the California Attorney General's Office, by Nancy A. Beninati, Deputy Attorney General, and defendants County of Santa Cruz and Gail Pellerin in her Official Capacity as the County Clerk and Registrar of Voters of the County of Santa Cruz, through its attorneys, the Santa Cruz County Counsel's Office, by Jason Heath, Assistant County

1

Counsel, stipulate and jointly request as follows:

1. On August 10, 2006, Plaintiff filed a Motion for Preliminary Injunction set for hearing on September 15, 2006 at 9:00 a.m. Plaintiff requests that the Court continue the hearing date to September 22, 2006 at 9:00 a.m.

2. In addition, defense counsel Jason Heath is on vacation until August 21, 2006. In order to allow defense counsel the opportunity to respond to Plaintiff's Motion for Preliminary Injunction, the parties jointly request that the Court permit defendants to file any opposition to the Motion for Preliminary Injunction no later than 12:00 noon on September 5, 2006. The parties further jointly request that Plaintiff's reply may be filed on September 11, 2006.

Dated: August 15, 2006            Respectfully submitted,

                                  BILL LOCKYER
                                  Attorney General of the State of California
                                  LOUIS VERDUGO, JR.
                                  Senior Assistant Attorney General
                                  ANGELA SIERRA
                                  Supervising Deputy Attorney General


                                  By:  _____/s/_____
                                         NANCY A. BENINATI
                                         Deputy Attorney General

                                  Attorneys for Plaintiff The People of the State of
                                  California, Ex Rel. Bill Lockyer, Attorney General
                                  of the State of California

                                  DANA MCRAE, COUNTY COUNSEL


Dated: August 15, 2006    By:  _____/s/_____
                                         JASON HEATH
                                         Assistant County Counsel

                                  Attorneys for Defendants County of Santa Cruz and
                                  Gail Pellerin in her Official Capacity as County
                                  Clerk and Registrar of Voters of the County of
                                  Santa Cruz

2

**ORDER**

Plaintiff's Motion for Preliminary Injunction is hereby continued to September 22, 2006 at 9:00 a.m. in Courtroom 6 of the above entitled court.  Defendants' opposition to the motion is to be filed no later than noon on September 5, 2006.  Plaintiff's reply may be filed on September 11, 2006.

IT IS SO ORDERED.


Dated: __8/22/06_____                    ____/s/ Ronald M. Whyte_____
                                                                   JUDGE RONALD M. WHYTE